IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN BLACKFORD,**

    **Plaintiff,**

  vs.                                **Civil Action 2:09-CV-562**
                                      **Judge Frost**
                                      **Magistrate Judge King**

**NOBLE CORRECTIONAL INSTITUTION,**

    **Defendant.**

## ORDER

    On July 27, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed for lack of jurisdiction and for failure to state a claim upon which relief can be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**


                                                          /s/ Gregory L. Frost
                                                             Gregory L. Frost
                                                    United States District Judge